1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Ramirez-Quebedo

7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ1840 |
|---|---|---|
12 | Plaintiff, | ) | |
13 | v. | ) | **NOTICE OF APPEARANCE** |
14 | **SALVADOR RAMIREZ-QUEBEDO,** | ) | |
15 | Defendant. | ) | |

16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                                    Respectfully submitted,
21 Dated: June 18, 2008                                 *s/ Bridget Kennedy*
                                                       Federal Defenders of San Diego, Inc.
22                                                     *bridget_kennedy@fd.org*

23
24
25
26
27
28

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org

6  Attorneys for Mr. Ramirez-Quebedo

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj1840 |
   |                           | ) |                   |
12 |        Plaintiff,         | ) |                   |
   |                           | ) |                   |
13 | v.                        | ) | PROOF OF SERVICE  |
   |                           | ) |                   |
14 | **SALVADOR RAMIREZ-QUEBEDO,** | ) |                   |
   |                           | ) |                   |
15 |        Defendant.         | ) |                   |

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20              **Assistant United States Attorney**
                efile.dkt.gc1@usdoj.gov

22 Dated: June 18, 2008                          _s/ Bridget L. Kennedy_
                                                 **BRIDGET L. KENNEDY**
23                                               Federal Defenders of San Diego, Inc.,
                                                 225 Broadway, Suite 900
24                                               San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
25                                               (619) 687-2666  (fax)
                                                 e-mail:bridget_kennedy@fd.org