

**FILED**

JUN 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _mam_            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

UNITED STATES OF AMERICA,      )    Criminal Case No. '08 CR 2123 JLS
                               )
                Plaintiff,     )    I N D I C T M E N T
                               )
        v.                     )    Title 8, U.S.C.,
                               )    Sec. 1326(a) - Attempted Entry
SALVADOR RAMIREZ-QUEBEDO,      )    After Deportation
                               )
                Defendant.     )
_____)

The grand jury charges:

On or about June 11, 2008, within the Southern District of California, defendant SALVADOR RAMIREZ-QUEBEDO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United

//

CEM:em:San Diego
6/24/08

1 | States, that was a substantial step toward committing the offense, all

2 | in violation of Title 8, United States Code, Section 1326(a).

3 |        DATED: June 25, 2008.

                                              A TRUE BILL:

                                              _____
                                              Foreperson

KAREN P. HEWITT
United States Attorney


By: _____
        CALEB E. MASON
        Assistant U.S. Attorney

2