**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Ramirez-Quebedo

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr2123-JLS |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| SALVADOR RAMIREZ-QUEBEDO, | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-counsel in the above-captioned case.

                                                      Respectfully submitted,

Dated: July 1, 2008                                    s/ *Michelle Betancourt*
                                                      **MICHELLE BETANCOURT**
                                                      Federal Defenders of San Diego, Inc.
                                                      Attorneys for Defendant
                                                      michelle_betancourt@fd.org

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Ramirez-Quebedo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) **SALVADOR RAMIREZ-QUEBEDO,** ) ) Defendant. ) ) | Case No. 08CR2123-JLS<br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**CALEB E. MASON, Assistant United States Attorney**
caleb.mason@usdoj.gov,efile.dkt.gc1@usdoj.gov,pauline.fejeran@usdoj.gov

Dated: July 1, 2008                                    *s/ Michelle Betancourt*
                                                                **MICHELLE BETANCOURT**
                                                                Federal Defenders of San Diego, Inc.,
                                                                225 Broadway, Suite 900
                                                                San Diego, CA 92101-5030
                                                                (619) 234-8467 (tel)
                                                                (619) 687-2666 (fax)
                                                                e-mail:michelle_betancourt@fd.org